1  MATTHEW A. HODEL (SB# 93962)
   Email: mhodel@hodelwilks.com
2  HODEL WILKS LLP
   4 Park Plaza, Suite 640
3  Irvine, California 92614
   Telephone: (949) 450-4470
4
5  Specially Appearing Attorneys for
   Defendants Delux Public Charter, LLC
6
7
8            UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
10

| | |
|---|---|
| AVIATION CONSULTANTS, INC., a California corporation, dba ACI JET,<br><br>  Plaintiff,<br><br>  vs.<br><br>DELUX PUBLIC CHARTER, LLC, a Delaware limited liability company; DOES 1 through 10, Inclusive,<br><br>  Defendants. | CASE NO. 8:21-cv-00200-JVS-DVM<br><br>**DELUX PUBLIC CHARTER, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO COOLEY LLP'S MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:   October 18, 2021<br>Time:  1:30 p.m.<br>Dept.:  10C<br>Judge: Hon. James V. Selna |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL

Pursuant to Federal Rule of Evidence 201, Delux Public Charter, LLC request the court judicially notice the following matters:

1. RJN Document #1: "Complaint for Declaratory and Injunctive Relief" dated December 14, 2020 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX, Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "A."

2. RJN Document #2: "Temporary Restraining Order; Findings of Fact and Conclusions of Law Re Same" dated January 3, 2021 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX, Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "B."

3. RJN Document #3: "Amended Complaint for Jury Trial" dated June 17, 2021 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX, Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "C."

4. RJN Document #4: "Cooley LLP's Ex Parte Application to Withdraw as Counsel of Record [Filed Concurrently with Memorandum of Points and Authorities ISO Application; Declaration of William V. O'Connor; and [Proposed] Order]" dated September 8, 2021 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX, Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "D."

5. RJN Document #5: "Memorandum of Points and Authorities in Support of Cooley LLP's Ex Parte Application to Withdraw as Counsel" dated September 8, 2021 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX, Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "E."

6. RJN Document #6: "Declaration of William V. O'Connor in Support of Cooley LLP's Ex Parte Application to Withdraw as Counsel of Record" dated September 8, 2021 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX,

Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "F."

7. RJN Document #7: "Delux Public Charter, LLC d/b/a JSX Air and JetSuiteX, Inc.'s Opposition to Cooley LLP's Ex Parte Application to Withdraw as Counsel; and Declarations of Raymond L. Moss and Richard K. Bridgeford" dated September 9, 2021 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX, Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "G."

8. RJN Document #8: "Cooley LLP's Reply to Delux Public Charter, LLC d/b/a JetSuiteX, Inc.'s Opposition to Cooley LLP's Ex Parte Application Seeking to Withdraw as Counsel" dated September 9, 2021 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX, Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "H."

9. RJN Document #9: "Civil Minutes – General -- Proceedings: (In Chambers) Order (1) Denying Cooley LLP's Ex Parte Application to Withdraw as Counsel of Record (Doc. 75), (2) Granting in Part Defendants' Application to Modify the Scheduling Order (Doc. 74), and (3) Denying Joint Stipulation for Order Modifying the Case Schedule (Doc. 79)" dated September 20, 2021 filed in Delux Public Charter, LLC d/b/a JSK Air and JetSuiteX, Inc. v. County of Orange, California, et al., Case No. 8:20-cv-2344-JLS-KES, attached as Exhibit "I."

DATED: September 27, 2021        HODEL WILKS LLP

                                 By:      /s/ Matthew A. Hodel
                                        MATTHEW A. HODEL

                                 Specially Appearing Counsel for Defendant
                                 Delux Public Charter, LLC